<u>SENTENCING COURTROOM MINUTE SHEET</u>
DATE  July 9, 2018

CR. CASE NO. 17-256-R          U.S.A. -vs-  <u>Timatress Tenaka Cade</u>

COMMENCED   <u>10:15 a.m.</u>   ENDED   <u>10:35 a.m.</u>          TOTAL TIME  <u>20 mins</u>

JUDGE DAVID L. RUSSELL          DEPUTY JANET WRIGHT          REPORTER Sherri Gribbs

COUNSEL FOR GOVERNMENT.  <u>Julia Berry</u>

COUNSEL FOR DEFENDANT.    <u>Tony Lacy</u>

SENTENCING MINUTE:  <u>Dft. appears in person with public defender.</u>

<u>Pre-Sentence Report accepted as written</u>.          Probation Officer: <u>Raquel Sweet</u>

<u>Counts 1-10 of the Indictment dismissed as per order filed</u>.     Interpreter:  _____

DEFENDANT IS SENTENCED TO CUSTODY OF BUREAU OF PRISONS FOR A TERM OF <u>twelve (12) months</u>

Upon expiration of sentence imposed herein, defendant shall serve a term of supervised release of  <u>three (3) years</u>

Defendant placed on probation for a period of  _____

Defendant to abide by following conditions of probation/supervised release:
- (X) report in person to the probation office in the district to which released within 72 hours of release from the custody of the Bureau of Prisons.
- (X) shall comply with the standard conditions of supervision that have been adopted by this Court.
- (X) shall not commit another federal, state or local crime and shall not illegally possess a controlled substance.
- (X) shall not possess a firearm or destructive device.
- (X) shall notify the probation officer 10 days prior to any change in residence or employment.
- (X) shall refrain from any unlawful use of a controlled substance.
- (X) shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.
- ( ) special condition: the dft shall participate in a program of substance abuse aftercare at the direction of the probation officer.  Totally abstain from use of alcohol and/or other intoxicants both during and after completion of any treatment program.
- ( ) shall participate in the Inmate Financial Responsibility Program while incarcerated.
- ( ) shall participate in the Residential Drug Abuse Program while incarcerated.
- (X) other<u>. The defendant shall comply with the special conditions listed in PART D of the presentence investigation report.</u>

Dft ordered to pay a fine in amt of $_____.     Fine is hereby waived due to dft's inability to pay such fine.

In lieu of a fine, the dft is ordered to complete ____ hours of community service during the first year of probation.

Dft ordered to pay restitution in the amt of $ <u>68,637.74</u>

PAY A SPECIAL ASSESSMENT FEE OF <u>$100.00</u> on Count(s)  <u>11</u>      for a total of $<u>100.00</u> Due immediately.

DFT. adv. of right to appeal & to appeal in f.p.  DFT. gives oral notice of appeal and Clerk  directed to spread of record APPEAL BOND set in the amt of _____ CASH or SURETY.

<u>Court orders commitment to the custody of the Bureau of Prisons/Attorney General & recommends that dft be incarcerated at: FMC Carswell, Fort Worth, TX</u>

<u>Execution of sentence stayed until 12:00 NOON Monday, August 6, 2018, at which time defendant's court appearance bond will be exonerated.  Dft. to remain on present bond until she reports to designated prison.</u>

BOND EXONERATED.          DFT. REMANDED  TO U.S.M.